# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SCOTT MUNSON,

        Plaintiff,

vs.

PRO GROUP CAPTIVE MANAGEMENT SERVICES, INC. a domestic corporation; and DOES 1-50,

        Defendant.

2:21-cv-01125-RFB-EJY

**ORDER**

    This matter has been transferred to the northern division and case number 2:21-cv-01125-RFB-EJY is closed.

    Accordingly,

    IT IS HEREBY ORDERED that the scheduled Early Neutral Evaluation session scheduled for September 2, 2021, is VACATED.

    DATED this 11th day of August, 2021.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE